SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-2132 PA (CTx) | Date | April 2, 2009 |
|---|---|---|---|
| Title | Daniel Polier, et al. v. Kaveh Vahedi | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Paul Songco | None | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     ORDER TO SHOW CAUSE

The Court is in receipt of the Complaint filed by plaintiffs Daniel Polier, Dominique Gallotta, Steven Chesne, and Diane Chesne ("Plaintiffs"). Plaintiffs have sued defendant Kaveh Vahedi ("Defendant") for fraud, negligent misrepresentation, constructive fraud, unfair business practices, breach of contract, securities fraud, California Civil Code section 1719, and unjust enrichment.

Federal Rule of Civil Procedure 20(a)(1), which allows for permissive joinder, provides:

> Persons may join in one action as plaintiffs if:
> (A) they assert any right to relief jointly, severally, or in the alternative with respect to or arising out of the same transaction, occurrence, or series of transactions or occurrences; and
> (B) any question of law or fact common to all plaintiffs will arise in the action.

Fed. R. Civ. Proc. 20(a)(1); see also League to Save Lake Tahoe v. Tahoe Regional Planning Agency, 558 F.2d 914, 917 (9th Cir. 1977). "The first prong, the 'same transaction' requirement, refers to similarity in the factual background of a claim." Coughlin v. Rogers, 130 F.3d 1348, 1350 (9th Cir. 1997).

Based on the factual allegations in the Complaint, it does not appear that there is a question of fact or law common to all Plaintiffs. Nor is it clear that Plaintiffs' joint claims against Defendant arise out of the same transaction or occurrence. Rather, it appears that the alleged fraud for which Daniel Polier and Dominique Gallotta sue Defendant was distinct from the alleged fraud for which Steven and Diane Chesne sue Defendant. The Court therefore orders Plaintiffs to show cause in writing, no later than April 13, 2009, why one or more parties should not be dropped from this case for improper joinder. See Fed. R. Civ. P. 18, 20, 21; see also Coughlin, 130 F.3d at 1351 (finding misjoinder where "[e]ach claim raises potentially different issues, and must be viewed in a separate and individual light by the Court.").

**SEND**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-2132 PA (CTx) | Date | April 2, 2009 |
|---|---|---|---|
| Title | Daniel Polier, et al. v. Kaveh Vahedi | | |

In response to this Order to Show Cause, Plaintiffs may, if they so choose, file separate actions against Defendants, with new complaints, filing fees, and a Notice of Related Case indicating that the new actions are related to this action.

IT IS SO ORDERED.