# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL POLIER, DOMINIQUE GALLOTTA, STEVEN CHESNE, and DIANE CHESNE,<br>　　　　Plaintiff,<br>　　v.<br>KAVEH GANBARZADEH VAHEDI (a/k/a KAVEH G. VAHEDI, a/k/a KEVIN ALI GHARIBARZADEH, a/k/a KEVIN ALI G. VAHEDI),<br>　　　　Debtor. | Case No.: CV 09-2132 PA (CTx)<br><br>**[PROPOSED] RENEWAL OF JUDGMENT** |

Plaintiffs Daniel Polier, Dominique Gallotta, Steven Chesne, and Diane Chesne (collectively "Plaintiffs") submitted their Application for Renewal of Judgment to the Court on May 13, 2019.

Plaintiffs' Application for Renewal of Judgment requests that the judgment be renewed in the amounts listed below (which includes the already accrued post-judgment interest):

- To Plaintiff Daniel Polier – $5,071,748.83;
- To Plaintiff Dominique Gallotta – $3,806,358.15; and
- To Plaintiffs Steven and Diane Chesne – $5,131,227.01.

Plaintiffs' Application for Renewal of Judgment also requests that the judgment continue to collect post-judgment interest under 28 U.S.C. § 1961, at the weekly average for the calendar week preceding the date of the judgment (July 27, 2009), at 0.47% interest, computed daily, and compounded annually.

Plaintiffs' Application is hereby GRANTED.

IT IS SO ORDERED.

Kiry K. Gray, Clerk

*Margo Mead*

Date: 5/21/2019

Deputy Clerk, U.S. District Court